AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

| | |
|---|---|
| Kristy Homes and Development,<br><br>Plaintiff,<br><br>v.<br><br>Ohana Capital Financial and James K. Wolfgramm, a/k/a Semisi Niu, d/b/a/ Ohana Capital Financial,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:22-cv-621-HCN |

IT IS ORDERED AND ADJUDGED

1. That default judgment is granted in favor of the plaintiff and against the defendants;

2. That compensatory damages are award to the plaintiff in the amount of $1,217,780 plus $273.97 per day from June 14, 2023 until the entry of this judgment;

3. That punitive damages are awarded to the plaintiff in an amount equal to the amount of compensatory damages awarded; and

4. That the defendants are jointly and severally liable for the compensatory and punitive damages awarded.

December 22, 2023

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge